1  ALLEN RUBY (SBN 47109)
   Allen.Ruby@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
3  525 University Avenue
   Palo Alto, CA 94301
4  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
5
   STEPHEN J. HARBERG (*pro hac* application pending)
6  Stephen.harburg@skadden.com
   JESSICA D. MILLER (*pro hac* application pending)
7  Jessica.miller@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER &
8  FLOM LLP
   1440 New York Avenue, N.W.
9  Washington, D.C. 20005
   Telephone:(202) 371.7000
10 Facsimile (202) 393.5760

11 Attorneys for Defendant
   INTUITIVE SURGICAL, INC.
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 KATHLEEN TREMBLAY, et al,            )  Case No.: 12-CV-00231-JSW
                                        )
17                  Plaintiff,          )
                                        )
18        v.                            )  **[PROPOSED]** ORDER APPROVING
                                        )  **SUBSTITUTION OF COUNSEL**
19 INTUITIVE SURGICAL, INC.,            )
                                        )
20                  Defendant.          )
   _____)

21

22

23

24

25

26

27

28

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      Defendant Intuitive Surgical, Inc. seeks an order permitting substitution of the following

3  attorneys in place of Mark Cheffo:  Stephen J. Harberg and Jessica D. Miller of the law firm

4  Skadden, Arps, Slate, Meagher & Flom LLP, located at 1440 New York Avenue, N.W.,

5  Washington, D.C. 20005, in *Tremblay v. Intuitive Surgical, Inc.*, Case No. 12-cv-00231-JSW.

6      Pursuant to Civil Local Rule 11-5, the Court approves the substitution of counsel sought by

7  Defendant Intuitive Surgical, Inc.

8      IT IS SO ORDERED.

9  Dated: _____, 2013     June 6        _____

10                      HONORABLE JEFFREY S. WHITE
                       UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1