ALLEN RUBY (SBN 47109)
Allen.Ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

STEPHEN J. HARBERG (*pro hac* application pending)
Stephen.harburg@skadden.com
JESSICA D. MILLER (*pro hac* application pending)
Jessica.miller@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:(202) 371.7000
Facsimile (202) 393.5760

Attorneys for Defendant
INTUITIVE SURGICAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN TREMBLAY, et al, | Case No.: 12-CV-00231-JSW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | |

1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 | Defendant Intuitive Surgical, Inc. seeks an order permitting substitution of the following
3 attorneys in place of Mark Cheffo: Stephen J. Harberg and Jessica D. Miller of the law firm
4 Skadden, Arps, Slate, Meagher & Flom LLP, located at 1440 New York Avenue, N.W.,
5 Washington, D.C. 20005, in *Tremblay v. Intuitive Surgical, Inc.*, Case No. 12-cv-00231-JSW.

6 | Pursuant to Civil Local Rule 11-5, the Court approves the substitution of counsel sought by
7 Defendant Intuitive Surgical, Inc.

8 | IT IS SO ORDERED.

9 | Dated: __June 6__, 2013       _____
10 |                                 HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1