NANCY HERSH, State Bar No. 49091
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544
nhersh@hershlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN TREMBLAY and HARRY TREMBLAY, <br><br> Plaintiffs, <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendants. | CASE NO. 3:13-cv-00231 JSW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br> AND ORDER THEREON |

Plaintiffs KATHLEEN TREMBLAY and HARRY TREMBLAY, by and through their counsel, Nancy Hersh of Hersh & Hersh, A Professional Corporation, and Defendant INTUITIVE SURGICAL, INC., by and through its counsel, Allen J. Ruby of Skadden, Arps, Slate, Meagher & Flom LLP, submit the following Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice as to INTUITIVE SURGICAL, INC.

IT IS FURTHER STIPULATED that each party shall bear their own costs and fees.

IT IS SO STIPULATED.

DATED: June 11, 2014

                                  HERSH & HERSH
                                  A Professional Corporation

                                  By    /s/ Nancy Hersh
                                     Nancy Hersh
                                     Attorneys for Plaintiffs


DATED: June 11, 2014

                                SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP & AFFILIATES


                                By    /s/ Allen J. Ruby
                                     Allen J. Ruby
                                     Attorneys for Defendant


IT IS SO ORDERED.


DATED: June 11, 2014                                /s/ Jeffrey S. White
                                                      JEFFREY S. WHITE, Judge
                                                        United States District Court


I, Nancy Hersh, am the ECF User whose ID and password are being used to file the STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I attest that the signatories to this document have concurred in this filing.


Dated: June 11, 2014                                     /s/ Nancy Hersh